

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-14-00373-CR**

**IN RE JUSTIN L. VENEGAS**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Justin L. Venegas filed an application for writ of mandamus or of prohibition against certain members of the State of Texas Board of Pardons and Paroles. We have no jurisdiction over any member of the Board of Pardons and Paroles; and we see nothing in Venegas's application which would require us to issue a writ to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004).

Accordingly, we dismiss the application.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed January 8, 2015
Do not publish
[OT06]

